

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2019

No. 04-19-00132-CV

**WE DELIVER INC., ET AL.,**
Appellants

v.

Edwin **CALDERON**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16309
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On April 11, 2019, after the notice of appeal filing fees remained unpaid, we ordered Appellant to show cause in writing by April 22, 2019, that the filing fees have been paid. Appellant paid the filing fees. Our April 11, 2019 order is satisfied.

We reinstate the appellate timetable. The appellate record is due within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court